In the Matter of the Claim of the STATE INDUSTRIAL COMMISSION, Respondent, against IRVING S. EDSALL et al., Appellants.

*Matter of State Industrial Comm.* v. *Edsall,* 179 App. Div. 481, affirmed.

(Argued January 7, 1918; decided January 29, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial

department, entered July 18, 1917, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. An employee of appellant Edsall was killed in the course of his employment but left him surviving no wife or child or children, and no person dependent upon him. The commission ruled that the claim came within the provisions of section 15, subdivision 7, of the Workmen's Compensation Law, and under this ruling awarded the state treasurer the sum of $100. Appellants contended that the claim was not within the provisions of section 15, subdivision 7, of the act, and that that part of section 15, subdivision 7, which required the payment of $100 to the state treasurer was unconstitutional.

*E. Clyde Sherwood* and *Amos H. Stephens* for appellants.

*Merton E. Lewis*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on opinion in *Matter of State Industrial Comm. v. Newman* (222 N. Y. 363).

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.